UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Derrick Jermaine Harvey**                    **Docket No. 2:19-CR-13-3FL**

**Petition for Action on Supervised Release**

COMES NOW Andrew B. Medley, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Derrick Jermaine Harvey, who, upon an earlier plea of guilty to Hobbs Act Robbery and Aiding and Abetting, in violation of 18 U.S.C. §§ 1951(a) and 2, was sentenced by the Honorable Louise W. Flanagan, U.S. District Judge, on March 4, 2020, to the custody of the Bureau of Prisons for a term of 77 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Derrick Jermaine Harvey was released from custody on December 19, 2023, at which time the term of supervised release commenced.

On February 8, 2024, a Violation Report was approved by the court after the defendant tested positive for marijuana. It was recommended that no action be taken to allow the defendant time to engage in substance abuse treatment.

On April 22, 2024, a Violation Report was approved by the court after the defendant tested positive for cocaine. It was recommended that no action be taken to allow the defendant time to engage in increased substance abuse treatment along with mental health treatment.

On August 21, 2024, a Petition for Action was approved by the court directing the defendant to enroll in, and complete, the TROSA program.

On January 31, 2025, a Petition for Action was approved by the court striking the previously ordered condition that the defendant complete the program at TROSA.

On December 12, 2025, a Petition for Action was approved by the court directing the defendant to comply with all mental health treatment recommendations to include taking all prescribed psychiatric medications as directed.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On March 4, 2026, the defendant was charged with Misdemeanor Open Container Alcohol Violation, in Wake County, North Carolina (26CR11137). This case remains pending. The defendant was forthcoming regarding his conduct and maintained communication with his supervising officer. The undersigned probation officer verbally reprimanded the defendant for his conduct and addressed the expectations of compliance moving forward. The defendant is currently receiving mental health counseling services at the Carter Clinic in Raleigh, North Carolina. The probation office has been working diligently with the defendant's care manager to ensure appropriate services are provided. The defendant will also be referred for a substance abuse assessment and counseling. As a sanction for the violation conduct, it is recommended that the defendant's conditions of supervised release be amended to include abstinence from alcohol.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

**Derrick Jermaine Harvey**
**Docket No. 2:19-CR-13-3FL**
**Petition For Action**
**Page 2**

1. The defendant shall abstain from the use of any alcoholic beverages, shall not associate with individuals consuming alcoholic beverages, shall not frequent business establishments whose primary product to the consumer is alcoholic beverages, and shall not use any medication containing alcohol without the permission of the probation office or a prescription from a licensed physician.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Melissa K. Lunsmann
Melissa K. Lunsmann
Supervising U.S. Probation Officer

/s/ Andrew B. Medley
Andrew B. Medley
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 984-212-1689
Executed On: March 13, 2026

## ORDER OF THE COURT

Considered and ordered this ___13th___ day of ___March___, 2025, and ordered filed and made a part of the records in the above case.

Louise W. Flanagan
U.S. District Judge