UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Derrick Jermaine Harvey**                    **Docket No. 2:19-CR-13-3FL**

**Petition for Action on Supervised Release**

COMES NOW Andrew B. Medley, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Derrick Jermaine Harvey, who, upon an earlier plea of guilty to Hobbs Act Robbery and Aiding and Abetting, in violation of 18 U.S.C. §§ 1951(a) and 2, was sentenced by the Honorable Louise W. Flanagan, U.S. District Judge, on March 4, 2020, to the custody of the Bureau of Prisons for a term of 77 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Derrick Jermaine Harvey was released from custody on December 19, 2023, at which time the term of supervised release commenced.

On February 8, 2024, a Violation Report was approved by the court after the defendant tested positive for marijuana. It was recommended that no action be taken to allow the defendant time to engage in substance abuse treatment.

On April 22, 2024, a Violation Report was approved by the court after the defendant tested positive for cocaine. It was recommended that no action be taken to allow the defendant time to engage in increased substance abuse treatment along with mental health treatment.

On August 21, 2024, a Petition for Action was approved by the court directing the defendant to enroll in, and complete, the TROSA program.

On January 31, 2025, a Petition for Action was approved by the court striking the previously ordered condition that the defendant complete the program at TROSA.

On December 12, 2025, a Petition for Action was approved by the court directing the defendant to comply with all mental health treatment recommendations to include taking all prescribed psychiatric medications as directed.

On March 13, 2026, a Petition for Action was approved by the court requiring the defendant to abstain from alcohol after the defendant received a citation on March 4, 2026, for a misdemeanor open container alcohol violation.

On May 13, 2026, a Petition for Action was approved by the court continuing the defendant on supervision and outlining the standard, mandatory, and special conditions of supervision with which the defendant is required to comply.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On June 6, 2026, the defendant tested positive for marijuana and alcohol. Laboratory confirmation reports further verified that the specimen tested positive for both substances. The undersigned probation officer verbally reprimanded the defendant for his use of marijuana and for consuming alcohol in violation of his conditions of supervision. The defendant took accountability and expressed his willingness to continue participation in both mental health and substance abuse treatment services. As a sanction for the violation

**Derrick Jermaine Harvey**
**Docket No. 2:19-CR-13-3FL**
**Petition For Action**
**Page 2**

conduct, it is recommended that his conditions of supervised release be amended to include a curfew with location monitoring.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that the conditions of supervised release be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 60 consecutive days. The defendant is restricted to his residence during the curfew hours. The defendant shall submit to the following Location Monitoring: GPS monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

/s/ John Seth Coleman
John Seth Coleman
Supervising U.S. Probation Officer

/s/ Andrew B. Medley
Andrew B. Medley
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 984-212-1689
Executed On: June 24, 2026

## ORDER OF THE COURT

Considered and ordered this ____13th____ day of ____July____, 2025, and ordered filed and made a part of the records in the above case.

Louise W. Flanagan
U.S. District Judge